IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**JAWAN R. DAVIS, # 171888**                                                **PETITIONER**

**VERSUS**                                                **CIVIL ACTION NO. 2:16cv214-KS-MTP**

**STATE OF MISSISSIPPI and FORREST
COUNTY DETENTION CENTER**                                       **RESPONDENTS**

## ORDER DENYING RECONSIDERATION

BEFORE THE COURT is *pro se* Petitioner Jawan R. Davis's motion for reconsideration [4] of this Court's Order Denying *in Forma Pauperis* Status [3]. Davis does not challenge the denial of pauper status or that he must pay the $5.00 filing fee. Rather, he asks the Court to "please take the $5.00 filing fee" directly out of his jail account. (Mot. for Recons.). The Court had ordered that Petitioner send the money himself, or that he have someone else do it, with "a written explanation that the money is being submitted as payment of the filing fee in this case, 2:16cv214-KS-MTP, on behalf of *pro se* Petitioner Jawan R. Davis." (Order Denying *IFP* at 1).

"Rule 54(b) authorizes a district court to reconsider and reverse its prior rulings on any interlocutory order 'for any reason it deems sufficient.'" *United States v. Renda*, 709 F.3d 472, 479 (5th Cir. 2013) (quoting *Saqui v. Pride Cent. Am., LLC*, 595 F.3d 206, 210-11 (5th Cir. 2010)). This is true "even in the absence of new evidence or an intervening change in or clarification of the substantive law." *Id.*

Davis has not shown why he should not comport with the manner of payment ordered by the Court. The motion, therefore, will be denied.

**IT IS THEREFORE ORDERED AND ADJUDGED** that *pro se* Petitioner Jawan R. Davis's motion for reconsideration [4] should be, and is hereby, **DENIED.**

**SO ORDERED AND ADJUDGED**, this the   10th   day of January, 2017.

                                              UNITED STATES DISTRICT JUDGE